IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:22-cv-62403-RKA

JORGE GONZALEZ,

    Plaintiff,

v.

SEABEST, INC. D/B/A SOUTH BAY
SEAFOOD AND SOUTH BAY CLAMS,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Judge Stanford Blake (ret.) on August 2, 2023 at 10:00am in Miami Dade County, Florida.

ENTERED this __ day of _____, 20__.

_____
U.S. District Judge

Copies furnished:

All counsel of record