IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:22-cv-62403-RKA

JORGE GONZALEZ,

    Plaintiff,

v.

SEABEST, INC. D/B/A SOUTH BAY
SEAFOOD AND SOUTH BAY CLAMS,

    Defendant.
_____/

## JOINT NOTICE OF SELECTING A MEDIATOR

**PLEASE TAKE NOTICE that** the parties have selected Judge Stanford Blake (ret.), a certified mediator whose contact information is: Stanford Blade Mediation, 2 Grove Isle Drive, #203, Miami, Florida 33133, lisa@standfordblakemediation.com to take place on August 2, 2023 at 10:00am via ZOOM.

Dated this 7 day of February 2023

| | |
|---|---|
| /s/ Leonardo Concepcion | /s/ Samuel E. Basch |
| Counsel for Plaintiff | Counsel for Defendant |
| Leonardo E. Concepcion, Esq. | COLE, SCOTT & KISSANE, P.A. |
| Fla. Bar No.: 0106317 | JOSEPH J. GOLDBERG |
| Concepcion Law | Florida Bar No.: 91107 |
| 5245 NW 36th Street, Suite 230 | SAMUEL E BASCH |
| Miami Springs, Florida 33166 | Florida Bar No.: 1010081 |
| Telephone: (305) 791-6529 | Cole, Scott & Kissane Building |
| Email: lc@concepcionlaw.com | 9150 South Dadeland Boulevard, Suite 1400 |
| | Miami, Florida 33256 |
| | Telephone (786) 268-6756 |
| | E-mail: Joe.Goldberg@csklegal.com |
| | E-mail: Samuel.basch@csklegal.com |
| | E-mail:linn.signori@csklegal.com |